### AMBROSE v. AMBROSE, administratrix.

1. The case was not within the statute of frauds. Code, §1951; Little v. McCarter, 89 N. Car. 233.
2. The evidence fully warranted the verdict, and there was no error in denying a new trial.　　　.　　　*Judgment affirmed.*

July 30, 1894.

Complaint. Before Judge HUTCHINS. Gwinnett superior court. September term, 1893.

The administratrix of J. D. Ambrose sued B. S. Ambrose for $100, her claim being, in substance, as follows: Two parcels of land were for sale, one at $1,500, the other at $900. They would not be sold without selling both. B. S. Ambrose wanted to buy the land, but his father would furnish only $1,500, and he procured his brother J. D. to buy the second place and give his notes for $900, upon the oral agreement that he was to pay only $800 for it and B. S. would pay him the $100 difference. Plaintiff has paid off the notes for $900 since the death of J. D., and defendant refuses to pay the $100. There were pleas of the general issue and the statute of frauds. On conflicting evidence the jury found for the plaintiff, and defendant's motion on the general grounds for a new trial was overruled.

JUHAN & McDONALD, for plaintiff in error.
C. H. BRAND, *contra.*